STATE of Missouri, Respondent,

v.

Darnell DUCKETT, Appellant.

No. 47297.

Missouri Court of Appeals,
Eastern District,
Division One.

May 29, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1984.

Case Transferred to Supreme Court Sept. 11, 1984.

Case Retransferred to Court of Appeals Feb. 1, 1985.

Original Opinion Reinstated Feb. 8, 1985.

H. Paul Fox, Asst. Public Defender, Clayton, for appellant.

John Ashcroft, Atty. Gen., Stan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

This is an appeal from a jury conviction for the crimes of burglary, first degree (§ 569.160, RSMo.1978), attempted rape (§ 564.011, RSMo.1978), robbery, first degree (§ 569.020, RSMo.1978), and armed criminal action (§ 571.015, RSMo.1978). Judgment and sentencing were entered in accordance with the jury verdict.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).